.  IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| v. | § | No. 6:16-CR-41-CDH-JDL-1 |
| | § § § § | |
| LAQUAYLAN PATTERSON (1) | § | |

## DEFENDANT'S NOTICE OF APPEAL

COMES NOW, LAQUAYLAN PATTERSON, Defendant, pursuant to 28 U.S.C. § 1291 and 18 U.S.C. § 3742, and gives timely notice that he wishes to appeal the judgment of conviction and sentence entered in this cause on February 21, 2017.

                                                        Respectfully submitted,

                                                        /s/Michael Levine
                                                      MICHAEL LEVINE
                                                      Texas State Bar No. 24009767
                                                      Nawaz & Levine L.L.P.
                                                      325 N. St. Paul Street
                                                      Suite 2100
                                                      Dallas, Texas 75201
                                                      Telephone: 214.741.6500
                                                      Facsimile:  214.741.6509
                                                      E-mail: mp.levine@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2017, the following document was filed electronically, using the ECF system for the Eastern District of Texas, Tyler Division, and that a copy of this document will be provided electronically to counsel for the Government, Mr. James Mack Noble,

_____

Defendant's Notice of Appeal - Page 1

IV, who has consented to service in this manner.

                                                /s/Michael Levine
                                                MICHAEL LEVINE