IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | No. 6:16CR41 |
| | § | |
| LAQUAYLAN PATTERSON | § | |

# FINAL ORDER OF FORFEITURE

On August 25, 2017, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461.

Pursuant to Fed.R.Crim.P. 32.2(c)(1), no ancillary proceeding is necessary to adjudicate the interests of third parties because the forfeiture consists of a money judgment.

IT IS ORDERED, ADJUDGED AND DECREED that the Motion for Final Order of Forfeiture is GRANTED. It is further ORDERED that:

1. The defendant, **LaQuaylan Patterson,** shall forfeit to the United States the sum of $6,888.00, which shall be in the form of a money judgment representing the proceeds of the offense to which the defendant has pled guilty, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461.

2. This order shall be made part of the sentence and included in the judgment, pursuant to Fed.R.Crim.P. 32.2(b)(4).

3. The United States may, at any time, move to amend this order of forfeiture to include substitute property having a value not to exceed $6,888.00 to satisfy the money judgment in whole or in part.

4. The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this order.

**So Ordered and Signed**
**Feb 27, 2017**

---
Ron Clark, United States District Judge